# EXHIBIT 1

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| Plaintiff(s): | **Lillian Cocreham ; Emmett Cocreham George Cocreham** | Defendant(s): | **City of Phoenix, Jeri Williams and Cody Williams, Adrian Juarez, Nethaniel Bull and Monica Bull, Daniel James Fitzgerald and Carissa Fitzgerald, Laker Dohan, Jeffrey Loson Ham, Terrance Fay and Jennifer Fay, Tyler Kipper and Chelsea Kipper, Eric Miner and Adriana Miner, Brian Wood and Amy Wood, Joseph Mills, Donald Peelman and Lynette Peelman, Ronald Dorfman, Gerald Happeny and Rebecca Happeny, Michael Burns and Regina Burns, James Smoke and Kristen Smoke, Richard Hawkins and AnnaMarie Hawkins** |

County of Residence: Maricopa

County of Residence: Maricopa

County Where Claim For Relief Arose: Maricopa

Plaintiff's Atty(s):

**David J. Cantelme**
Cantelme & Brown, P.L.C.
2020 S. McClintock Drive, Suite 109
Tempe, Arizona  85282
602-200-0104

**D. Aaron Brown**
Cantelme & Brown, P.L.C.
2020 S. McClintock Drive, Suite 109
Tempe, Arizona  85282
602-200-0104

Defendant's Atty(s):

**Georgia A. Staton**
Jones Skelton & Hochuli, P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona  85004
602-263-1752

**Ravi V. Patel**
Jones Skelton & Hochuli, P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona  85004
602-263-1738

**REMOVAL FROM MARICOPA COUNTY, CASE #CV2021-012234**

II. Basis of Jurisdiction:      **3. Federal Question (U.S. not a party)**

III. Citizenship of Principal Parties **(Diversity Cases Only)**

|                        |                                                                                                                                                                                                   |
|------------------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| Plaintiff:-            | **N/A**                                                                                                                                                                                           |
| Defendant:-            | **N/A**                                                                                                                                                                                           |

**IV. Origin :**  **2. Removed From State Court**

**V. Nature of Suit:**  **440 Other Civil Rights**

**VI. Cause of Action:**  **Plaintiff has asserted claims under Fourth and Fourteenth Amendment to the United States Constitution, 42 U.S.C. §1983, and 1988(b) and Arizona Common Law and Statutory Claims**

**VII. Requested in Complaint**

Class Action: **No**

Dollar Demand:

Jury Demand: **Yes**

**VIII. This case IS NOT RELATED** to Case Number **IS NOT** assigned to

---

**Signature:** **Georgia A. Staton**    Judge **:**

**Date:** **09/27/2021**

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

**Revised: 01/2014**