# EXHIBIT 2

7050834.1

# SUPPLEMENTAL CIVIL COVER SHEET
# FOR CASES REMOVED FROM ANOTHER JURISDICTION

This form must be attached to the Civil Cover Sheet at the time
the case is filed in the United States District Clerk's Office

Additional sheets may be used as necessary.

1. **Style of the Case:**
Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

| Party | Party Type | Attorney(s) |
|---|---|---|
| Lillian Cocreham, and as the sole surviving statutory beneficiary of Emmett Cocreham and George Cocreham | Plaintiff | David J. Cantelme, (Bar No.: 006313) D. Aaron Brown (Bar No. 022133) Canteleme & Brown, P.L.C. 2020 S. McClintock Drive, Suite 109 Tempe, Arizona 85282 (602) 200-0104 |
| City of Phoenix, Jeri Williams and Cody Williams, Adrian Juarez, Nethaniel Bull and Monica Bull, Daniel James Fitzgerald and Carissa Fitzgerald, Laker Dohan, Jeffrey Loson Ham, Terrence Fay and Jennifer Fay, Tyler Kipper and Chelsea Kipper, Eric Miner and Adriana Miner, Brian Wood and Amy Wood, Joseph Mills | Defendants | Georgia A. Staton (Bar No.: 004863) Ravi V. Patel (Bar No.: 030184) Jones Skelton & Hochuli, P.L.C. 40 N. Central Avenue, Suite 2700 Phoenix, Arizona 85004 (602) 263-1752 |
| Donald Peelman and Lynette Peelman, Ronald Dorfman, Gerald Happeny and Rebecca Happeny, Michael Burns and Regina Burns, James Smoke and Kristen Smoke, Richard Hawkins and AnnaMarie Hawkins | Defendants | Georgia A. Staton (Bar No.: 004863) Ravi V. Patel (Bar No.: 030184) Jones Skelton & Hochuli, P.L.C. 40 N. Central Avenue, Suite 2700 Phoenix, Arizona 85004 (602) 263-1752 |

2. **Jury Demand:**
Was a Jury Demand made in another jurisdiction?    Yes ◯    No ◉
If "Yes," by which party and on what date?

_____    _____

3. **Answer:**
Was an Answer made in another jurisdiction?    Yes ◯    No ◉
If "Yes," by which party and on what date?

_____    _____

4. **Served Parties:**
   The following parties have been served at the time this case was removed:

| Party | Date Served | Method of Service |
|---|---|---|
| Nethaniel Bull and Monica Bull | 9/2/21 | Process Server |
| City of Phoenix | 9/2/21 | Process Server |
| Laker Dohan* * | 9/2/21 | Process Server |

   *See attached

5. **Unserved Parties:**
   The following parties have not been served at the time this case was removed:

| Party | Reason Not Served |
|---|---|
|  |  |
|  |  |
|  |  |

6. **Nonsuited, Dismissed or Terminated Parties:**
   Please indicate changes from the style of the papers from another jurisdiction and the reason for the change:

| Party | Reason for Change |
|---|---|
| Joseph Michael Burns | incorrect name |
| Jane Doe Dohan, Jane Doe Juarez and Jane Doe Dorfman | did not exist |
|  |  |

7. **Claims of the Parties:**
   The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claims |
|---|---|
| Plaintiff, Lillian Cocreham and as sole surviving statutory beneficiary of Emmett Cocreham and George Cocreham | Fourth and Fourteenth Amendment to the United States Constitution, 42 U.S.C. §1983, and §1988(b) and Arizona Common Law and |
|  | Statutory Claims |
|  |  |

**Pursuant to 28 USC § 1446(a) a copy of all process, pleadings, and orders served in another jurisdiction (State Court) shall be filed with this removal.**

# Lillian Cocreham v. City of Phoenix et al

## Supplemental Civil Cover Sheet
### For Cases Removed from Another Jurisdiction

4.  Served Parties:
    The Following parties have been served at the time this case was removed:

| Party | Date Served | Method of Service |
|---|---|---|
| Ronald Dorfman | 9/2/21 | Process Server |
| Terrance and Jennifer Fay | 9/2/21 | Process Server |
| Daniel James and Carissa Fitzgerald | 9/2/21 | Process Server |
| Jeffrey Loson Ham | 9/5/21 | Process Server |
| Gerald Happeny and Rebecca | 9/2/21 | Process Server |
| Richard Hawkins, II and AnnaMarie | 9/2/21 | Process Server |
| Adrian Juarez | 9/3/21 | Process Server |
| Tyler Kipper and Chelsea Kipper | 9/2/21 | Process Server |
| Joseph Mills | 9/2/21 | Process Server |
| Eric and Adrianna Miner | 9/2/21 | Process Server |
| Donald and Lynette Peelman | 9/2/21 | Process Server |
| James and Kristen Smoke | 9/2/21 | Process Server |
| Jeri and Cody Williams | 9/3/21 | Process Server |
| Brian Wood | 9/2/21 | Process Server |
| Amy Wood | 9/27/21 | Acceptance of Service |
| Michael Burns and Regina Burns | 9/27/21 | Acceptance of Service |