**EXHIBIT 3**



Select Language
Powered by Google Translate

# Civil Court Case Information - Case History

## Case Information

| | | | |
|---|---|---|---|
| Case Number: | CV2021-012234 | Judge: | Sinclair, Joan |
| File Date: | 8/2/2021 | Location: | Downtown |
| Case Type: | Civil | | |

## Party Information

| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| Lillian Cocreham | Plaintiff | Female | David Cantelme |
| City Of Phoenix | Defendant | | GEORGIA STATON |
| Jeri Williams | Defendant | Male | Pro Per |
| Adrian Juarez | Defendant | Male | Pro Per |
| Nethaniel Bull | Defendant | Male | Pro Per |
| Daniel James Fitzgerald | Defendant | Male | Pro Per |
| Laker Dohan | Defendant | Male | Pro Per |
| Jeffery Loson Ham | Defendant | Male | Pro Per |
| Terrence Fay | Defendant | Male | Pro Per |
| Tyler Kipper | Defendant | Male | Pro Per |
| Eric Minor | Defendant | Male | Pro Per |
| Brian Wood | Defendant | Male | Pro Per |
| Joseph Mills | Defendant | Male | Pro Per |
| Donald Peelman | Defendant | Male | Pro Per |
| Donald Dorfman | Defendant | Male | Pro Per |
| Gerald Happeny | Defendant | Male | Pro Per |
| Joseph Michael Burns | Defendant | Male | Pro Per |
| James Smoke | Defendant | Male | Pro Per |
| Richard Hawkins | Defendant | Male | Pro Per |
| Ronald Dorfman | Defendant | Male | Pro Per |
| Kristen Smoke | Defendant | Female | Pro Per |
| Ann Marie Hawkins | Defendant | Female | Pro Per |
| Cody Williams | Defendant | Male | Pro Per |

## Case Documents

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 9/23/2021 | ORD - Order | 9/23/2021 | |

**NOTE:** IT IS HEREBY ORDERED AS FOLLOWS: 1. Plaintiff may file a second amended complaint correcting the name of Defendant Michael Burns and adding the true names of the Jane Doe or John Doe Defendants. 2. Defendants may have until November 5, 2021, to file an answer or responsive pleading. 3. If Defendants file a motion to dismiss, before filing an answer, Plaintiff may have 45 days to file her response. 4. The Plaintiff and Defendants may make service of documents on each other by electronic mail pursuant to Rule 5(c)(2)(D), Ariz.R.Civ.P.

| | | | |
|---|---|---|---|
| 9/17/2021 | STP - Stipulation | 9/21/2021 | |

**NOTE:** Stipulation

| | | | |
|---|---|---|---|
| 9/13/2021 | 004 - ME: Hearing Continued | 9/13/2021 | |
| 9/9/2021 | NAR - Notice Of Appearance | 9/13/2021 | |

**NOTE:** NOTICE OF APPEARANCE

| | | | |
|---|---|---|---|
| 9/9/2021 | AFS - Affidavit Of Service | 9/17/2021 | |

**NOTE:** JERI WILLIAMS, CITY OF PHOENIX

| | | | |
|---|---|---|---|
| 9/8/2021 | AFS - Affidavit Of Service | 9/16/2021 | |

**NOTE:** CODY WILLIAMS

| | | | |
|---|---|---|---|
| 9/8/2021 | AFS - Affidavit Of Service | 9/16/2021 | |

**NOTE:** JEFFREY L HAM

| | | | |
|---|---|---|---|
| 9/8/2021 | AFS - Affidavit Of Service | 9/16/2021 | |

| | | |
|---|---|---|
| 9/8/2021 | AFS - Affidavit Of Service | 9/17/2021 |

**NOTE:** JEFFREY LOSON HAM

| | | |
|---|---|---|
| 9/8/2021 | AFS - Affidavit Of Service | 9/16/2021 |

**NOTE:** LAKER DOHAN

| | | |
|---|---|---|
| 9/7/2021 | AFS - Affidavit Of Service | 9/16/2021 |

**NOTE:** TYLER KIPPER

| | | |
|---|---|---|
| 9/7/2021 | AFS - Affidavit Of Service | 9/13/2021 |

**NOTE:** RONALD DORFMAN

| | | |
|---|---|---|
| 9/7/2021 | AFS - Affidavit Of Service | 9/13/2021 |

**NOTE:** ERIC MINER

| | | |
|---|---|---|
| 9/7/2021 | AFS - Affidavit Of Service | 9/13/2021 |

**NOTE:** RICHARD HAWKINS II

| | | |
|---|---|---|
| 9/7/2021 | AFS - Affidavit Of Service | 9/13/2021 |

**NOTE:** JANE DOE MINER

| | | |
|---|---|---|
| 9/7/2021 | AFS - Affidavit Of Service | 9/10/2021 |

**NOTE:** RONALD DORFMAN

| | | |
|---|---|---|
| 9/7/2021 | AFS - Affidavit Of Service | 9/10/2021 |

**NOTE:** DANIEL JAMES FITZGERALD

| | | |
|---|---|---|
| 9/7/2021 | AFS - Affidavit Of Service | 9/10/2021 |

**NOTE:** DANIEL JAMES FITZGERALD

| | | |
|---|---|---|
| 9/7/2021 | AFS - Affidavit Of Service | 9/10/2021 |

**NOTE:** GERALD HAPPENY

| | | |
|---|---|---|
| 9/7/2021 | AFS - Affidavit Of Service | 9/10/2021 |
| 9/7/2021 | AFS - Affidavit Of Service | 9/10/2021 |

**NOTE:** JANE DOE BULL

| | | |
|---|---|---|
| 9/7/2021 | AFS - Affidavit Of Service | 9/10/2021 |

**NOTE:** NATHANIEL BULL

| | | |
|---|---|---|
| 9/7/2021 | AFS - Affidavit Of Service | 9/10/2021 |

**NOTE:** JANE DOE KIPPER

| | | |
|---|---|---|
| 9/7/2021 | AFS - Affidavit Of Service | 9/10/2021 |

**NOTE:** JANE DOE MILLS

| | | |
|---|---|---|
| 9/7/2021 | AFS - Affidavit Of Service | 9/10/2021 |

**NOTE:** CITY OF PHOENIX

| | | |
|---|---|---|
| 9/7/2021 | AFS - Affidavit Of Service | 9/10/2021 |

**NOTE:** DONALD PEELMAN

| | | |
|---|---|---|
| 9/7/2021 | AFS - Affidavit Of Service | 9/10/2021 |

**NOTE:** JANE DOE PEELMAN

| | | |
|---|---|---|
| 9/7/2021 | AFS - Affidavit Of Service | 9/10/2021 |

**NOTE:** JOSEPH MILLS

| | | |
|---|---|---|
| 9/7/2021 | AFS - Affidavit Of Service | 9/10/2021 |

**NOTE:** ADRIAN JUAREZ

| | | |
|---|---|---|
| 9/7/2021 | AFS - Affidavit Of Service | 9/10/2021 |

**NOTE:** JAMES SMOKE

| | | |
|---|---|---|
| 9/7/2021 | AFS - Affidavit Of Service | 9/10/2021 |

**NOTE:** JANE DOE FAY

| | | |
|---|---|---|
| 9/7/2021 | AFS - Affidavit Of Service | 9/10/2021 |

**NOTE:** BRIIAN WOOD

| | | |
|---|---|---|
| 9/7/2021 | AFS - Affidavit Of Service | 9/10/2021 |

**NOTE:** KRISTEN SMOKE

| | | |
|---|---|---|
| 9/7/2021 | AFS - Affidavit Of Service | 9/10/2021 |

**NOTE:** TERRANCE FAY

| | | |
|---|---|---|
| 9/7/2021 | AFS - Affidavit Of Service | 9/10/2021 |

**NOTE:** ANN MARIE HAWKINS

| | | |
|---|---|---|
| 8/30/2021 | OSC - Order To Show Cause | 9/3/2021 |

**NOTE:** WHY AN / COMPELLING PRODUCTION OF PUBLIC RECORDS SHOULD NOT BE GRANTED

| | | |
|---|---|---|
| 8/27/2021 | AMC - Amended Complaint | 9/1/2021 |

**NOTE:** Amended Complaint

| | | |
|---|---|---|
| 8/27/2021 | APL - Application | 9/2/2021 |

**NOTE:** PLAINTIFF'S VERIFIED APPLICATION FOR AN ORDER TO SHOW CAUSE WHY AN ORDER COMPELLING PRODUCTION OF PUBLIC RECORDS SHOULD NOT BE GRANTED

| | | |
|---|---|---|
| 8/2/2021 | SUM - Summons | 8/3/2021 |

**NOTE:** Summons

| | | |
|---|---|---|
| 8/2/2021 | SUM - Summons | 8/3/2021 |
| **NOTE:** Summons | | |
| 8/2/2021 | SUM - Summons | 8/3/2021 |
| **NOTE:** Summons | | |
| 8/2/2021 | SUM - Summons | 8/3/2021 |
| **NOTE:** Summons | | |
| 8/2/2021 | SUM - Summons | 8/3/2021 |
| **NOTE:** Summons | | |
| 8/2/2021 | SUM - Summons | 8/3/2021 |
| **NOTE:** Summons | | |
| 8/2/2021 | SUM - Summons | 8/3/2021 |
| **NOTE:** Summons | | |
| 8/2/2021 | SUM - Summons | 8/3/2021 |
| **NOTE:** Summons | | |
| 8/2/2021 | SUM - Summons | 8/3/2021 |
| **NOTE:** Summons | | |
| 8/2/2021 | SUM - Summons | 8/3/2021 |
| **NOTE:** Summons | | |
| 8/2/2021 | SUM - Summons | 8/3/2021 |
| **NOTE:** Summons | | |
| 8/2/2021 | SUM - Summons | 8/3/2021 |
| **NOTE:** Summons | | |
| 8/2/2021 | SUM - Summons | 8/3/2021 |
| **NOTE:** Summons | | |
| 8/2/2021 | SUM - Summons | 8/3/2021 |
| **NOTE:** Summons | | |
| 8/2/2021 | SUM - Summons | 8/3/2021 |
| **NOTE:** Summons | | |
| 8/2/2021 | SUM - Summons | 8/3/2021 |
| **NOTE:** Summons | | |
| 8/2/2021 | SUM - Summons | 8/3/2021 |
| **NOTE:** Summons | | |
| 8/2/2021 | SUM - Summons | 8/3/2021 |
| **NOTE:** Summons | | |
| 8/2/2021 | SUM - Summons | 8/3/2021 |
| **NOTE:** Summons | | |
| 8/2/2021 | SUM - Summons | 8/3/2021 |
| **NOTE:** Summons | | |
| 8/2/2021 | SUM - Summons | 8/3/2021 |
| **NOTE:** Summons | | |
| 8/2/2021 | SUM - Summons | 8/3/2021 |
| **NOTE:** Summons | | |
| 8/2/2021 | SUM - Summons | 8/3/2021 |
| **NOTE:** Summons | | |
| 8/2/2021 | SUM - Summons | 8/3/2021 |
| **NOTE:** Summons | | |
| 8/2/2021 | SUM - Summons | 8/3/2021 |
| **NOTE:** Summons | | |
| 8/2/2021 | SUM - Summons | 8/3/2021 |
| **NOTE:** Summons | | |
| 8/2/2021 | SUM - Summons | 8/3/2021 |
| **NOTE:** Summons | | |
| 8/2/2021 | SUM - Summons | 8/3/2021 |
| **NOTE:** Summons | | |
| 8/2/2021 | SUM - Summons | 8/3/2021 |
| **NOTE:** Summons | | |

| 8/2/2021 | COM - Complaint | 8/3/2021 |
|---|---|---|

**NOTE:** Complaint

| 8/2/2021 | CSH - Coversheet | 8/3/2021 |
|---|---|---|

**NOTE:** Civil Cover Sheet

| 8/2/2021 | CCN - Cert Arbitration - Not Subject | 8/3/2021 |
|---|---|---|

**NOTE:** CERTIFICATE OF COMPULSORY ARBITRATION

| 8/2/2021 | SUM - Summons | 8/3/2021 |
|---|---|---|

**NOTE:** SUMMONS

| 8/2/2021 | SUM - Summons | 8/3/2021 |
|---|---|---|

**NOTE:** SUMMONS

| 8/2/2021 | SUM - Summons | 8/3/2021 |
|---|---|---|

**NOTE:** SUMMONS

## Case Calendar

| Date | Time | Event |
|---|---|---|
| 9/10/2021 | 9:30 | Order To Show Cause |
| 10/15/2021 | 11:00 | Order To Show Cause |

## Judgments

**There are no judgments on file**