**LAW OFFICE OF BRADLEY J. BIGGS, PLLC**
Bradley J. Biggs, Esq., State Bar No. 025367
bbiggs@biggs-law.com
2020 S. McClintock Dr., Suite 109
Tempe, AZ 85282
Telephone: (602) 820-3316
Facsimile:  (602) 297-6537
*Attorneys for Plaintiff Lillian Cocreham*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Lillian Cocreham, an unmarried woman, and as the sole surviving statutory beneficiary of Emmett Cocreham and George Cocreham, | No.  2:21-cv-01670-SMM |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | **CONSOLIDATED** |
| City of Phoenix, an Arizona municipal corporation; *et al.*, | |
| Defendants. | |
| Lillian   Cocreham,   as   personal representative of the Estate of George Cocreham, deceased, and on its behalf, and   as   personal   representative   of   the Estate of Emmett Cocreham, deceased, and on its behalf, | No.: 2:21-cv-02044-CDB |
| Plaintiff, | |
| v. | |
| City of Phoenix, an Arizona municipal corporation, *et al.,* | |
| Defendants. | |

Plaintiff provides notice that these causes of action have settled as to all parties and all claims.  Each party to bear their own attorneys' fees and costs.

Dated: May 18, 2023                    LAW OFFICE OF BRADLEY J. BIGGS, PLLC


                                       By:    */s/ Bradley J. Biggs*
                                              Bradley J. Biggs, Esq.
                                              *Attorney for Lillian Cocreham*


## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2023, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system and via email to:

Georgia A. Staton, Esq.
Ravi V. Patel, Esq.
**JONES, SKELTON & HOCHULI, P.L.C.**
40 N. Central Avenue, Suite 2700
Phoenix, AZ  85004
gstaton@jshfirm.com
rpatel@jshfirm.com
kwelz@jshfirm.com
cbenson@jshfirm.com
*Attorneys for Defendants*


*/s/ Bradley J. Biggs*