# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lillian Cocreham, | No. CV-21-01670-PHX-SMM |
| Plaintiff, | No. CV-21-02044-PHX-SMM (CONSOLIDATED) |
| v. | **ORDER** |
| City of Phoenix, et al., | |
| Defendants. | |

Before the Court is the parties' Stipulation for Dismissal with Prejudice. (Doc. 105). For good cause shown,

**IT IS ORDERED approving** the parties' Stipulation for Dismissal with Prejudice. (Doc. 105).

**IT IS FURTHER ORDERED dismissing with prejudice** this matter, with all parties to bear their own attorneys' fees and costs.

**IT IS FURTHER ORDERED directing** the Clerk of Court to terminate this action.

Dated this 24th day of July, 2023.

_____
Honorable Stephen M. McNamee
Senior United States District Judge